

**Bowditch & Dewey**
ATTORNEYS

Direct Telephone: (508) 926-3410
Direct Facsimile: (508) 929-3034
E-Mail: rhackett@bowditch.com

June 9, 2004

**VIA FEDERAL EXPRESS**

Office of the Civil Clerk
United States District Court for the
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:  *Jeanne Degan v. Goldwell of New England, Inc.*
     Civil Action No. 04CV11024 RWZ

Dear Sir or Madam:

Enclosed for filing please find certified copies of all pleadings and docket entries from the state court regarding the above-referenced matter. This case was removed to the United States District Court for the District of Massachusetts, and the certified pleadings are being provided pursuant to Local Rule 81.1.

Thank you for your assistance in this matter.

Very truly yours,

*[signature]*

Renee E. Hackett

REH/bb
Enclosures
cc:  Mary M. Garneau, General Manager (w/out enclosures)
     Michael P. Angelini, Esq. (w/out enclosures)
     Jonathan R. Sigel, Esq. (w/out enclosures)
     Kevin G. Powers, Esq. (w/enclosures)