UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEANNE DEGAN,<br>      Plaintiff,<br><br>v.<br><br>GOLDWELL OF NEW<br>ENGLAND, INC.,<br>      Defendant. | CIVIL ACTION NO. 04CV11024 RWZ<br><br>Jonathan R. Sigel<br>BBO# 559850 |

## JOINT STATEMENT FOR RULE 16
## SCHEDULING CONFERENCE

Pursuant to Rule 16.1 of the Local Rules of the United States District Court for the District of Massachusetts and the Court's Order for Scheduling Conference, the parties submit the following Joint Statement.

## I. PROPOSED PRE-TRIAL SCHEDULE

| Pre-Trial Event | Agreed, Proposed Event Dates |
|---|---|
| Voluntary Disclosures Served | July 14, 2004 |
| Amendments and/or Supplements to Pleadings | August 1, 2004 |
| Written Discovery (Not Including Requests for Admissions) and Non-Expert Depositions Completed | February 1, 2005 |
| Service of Requests for Admissions | March 1, 2005 |
| Rule 26(a)(2)(B) Disclosure of Trial Expert by Plaintiff | February 1, 2005 |
| Rule 26(a)(2)(B) Disclosure of Trial Expert by Defendant | March 1, 2005 |

| Expert Depositions (if any) Completed | April 1, 2005 |
|---|---|
| Summary Judgment Motions or Other Dispositive Motions Filed | May 1, 2005 |
| Opposition (if any) to Summary Judgment or Other Dispositive Motions Filed | June 1, 2005 |
| Pre-Trial Conference, In or About | July 2005 |

## II. CERTIFICATIONS BY PARTIES AND COUNSEL

See Defendant's Certification attached hereto. Plaintiff's Certification to follow.

## III. OTHER MATTERS

A. The parties have considered trial by Magistrate Judge and do not consent to same.

B. A written settlement proposal will be presented by Plaintiff to Defendant on or before June 28, 2004, and defense counsel will be prepared to respond to the proposal at the Scheduling Conference.

JEANNE DEGAN

By her attorneys,

*/s/ Kevin G. Powers by JRS*

Kevin G. Powers, BBO# 405020
Linda Evans, BBO# 635078
Rodgers, Powers & Schwartz, LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010

GOLDWELL OF NEW ENGLAND, INC.

By its attorneys,

*/s/ Jonathan R. Sigel*

Jonathan R. Sigel, BBO# 559850
Renee E. Hackett, BBO# 640841
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: June 24, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 6-24-04

*Renee Hackett*

2