FILED
UNITED STATES DISTRICT COURT OFFICE
DISTRICT OF MASSACHUSETTS

2004 JUL 12 P 3: 28

| | |
|---|---|
| JEANNE DEGAN, )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>GOLDWELL OF NEW )<br>ENGLAND, INC., )<br>  Defendant. )<br> ) | CIVIL ACTION NO. 04CV11024 RWZ<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS<br>Jonathan R. Sigel<br>BBO# 559850 |

## CERTIFICATION OF CONFERENCE
## PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16 1(D) and in compliance with the Court's Order for Scheduling Conference, Defendant Goldwell of New England, Inc. and its counsel affirm that they have conferred:

(1) With a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of litigation; and

(2) To consider resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

GOLDWELL OF NEW ENGLAND, INC.

By: _____
Mary M. Garneau, General Manager

And by its attorneys,

_____
Jonathan R. Sigel, BBO# 559850
Renee E. Hackett, BBO# 640841
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: June 23, 2004