≎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

JEANNE DEGAN,
    Plaintiff

V.

GOLDWELL OF NEW ENGLAND and
R.G. SHAKOUR, INC.,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04CV11024RWZ

TO: (Name and address of Defendant)
    Jonathan R. Sigel, Esq.
    Bowditch & Dewey, LLP
    311 Main Street
    Worcester, MA 01615-0156

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Kevin G. Powers, Esq.
    Rodgers, Powers & Schwartz LLP
    18 Tremont Street
    Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE   4/26/05

[FILED CLERK'S OFFICE 2005 MAY -9 P 2:28 U.S. DISTRICT COURT DISTRICT OF MASS.]

 **Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

05/02/2005

I hereby certify and return that on 04/29/2005 at 11:02am I served a true and attested copy of the Summons and Complaint, first amended complaint, in this action in the following manner:  To wit, by delivering in hand to JONATHAN SIGEL ESQ. at 311 MAIN ST, 4th WORCESTER, MA.  Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff Kenneth R Hannam

_____
Deputy Sheriff