UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE DEGAN,<br>　　　Plaintiff,<br><br>v.<br><br>GOLDWELL OF NEW<br>ENGLAND, INC. AND<br>R.G. SHAKOUR, INC.<br>　　　Defendants. | CIVIL ACTION NO. 04CV11024 RWZ<br><br>Jonathan R. Sigel<br>BBO# 559850 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant R.G. Shakour, Inc. hereby states that it is a Massachusetts corporation with no parent company and that no publicly held company owns ten (10%) percent or more of its stock.

　　　　　　　　　　　　　　　GOLDWELL OF NEW ENGLAND, INC. AND
　　　　　　　　　　　　　　　R.G. SHAKOUR, INC.

　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Jonathan R. Sigel, BBO# 559850
　　　　　　　　　　　　　　　Renee E. Hackett, BBO# 640841
　　　　　　　　　　　　　　　Bowditch & Dewey, LLP
　　　　　　　　　　　　　　　311 Main Street, P.O. Box 15156
　　　　　　　　　　　　　　　Worcester, MA 01615-0156
Dated: June 22, 2005　　　　　 (508) 791-3511