UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHCUSETTS

C.A. No. 04-11024-RWZ

| | |
|---|---|
| JEANNE DEGAN,<br>          Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| GOLDWELL OF NEW<br>ENGLAND, INC., and<br>R.G. SHAKOUR, INC.,<br>          Defendants | )<br>)<br>)<br>)<br>) |

### *ASSENTED TO* MOTION TO EXTEND TIME TO FILE OPPOSITION TO DISPOSITIVE MOTION

Pursuant to Rule 7.1(b)(2) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Jeanne Degan respectfully requests a five (5) business-day extension of time (to August 8, 2005) within which to file her Opposition to Defendants Goldwell of New England, Inc.'s and R.G. Shakour, Inc.'s dispositive Motion for Summary Judgment. As grounds for her *assented to* motion, Plaintiff states the following:

    1.    At a Status Conference held on April 12, 2005, the Court ordered Defendants to file their dispositive motion (Summary Judgment) on or before June 30, 2005, and ordered Plaintiff to file her Opposition to Defendants' dispositive motion (Motion for Summary Judgment) on or before July 29, 2005.

2. Defendants filed an *Assented To* Motion to Extend Time To File Dispositive Motion, in which they requested a five (5) business-day extension of time to file their dispositive Motion for Summary Judgment.

3. On June 29, 2005, the Court entered an order granting Defendants' *Assented To* Motion to Extend Time To File Dispositive Motion. Accordingly, Defendants' Motion, which was previously due on June 30, 2005, is due on or before July 8, 2005.

4. Due to the fact that Plaintiff now has one week less to respond to Defendants' Motion, Plaintiff requires a brief extension of time to prepare and file her Opposition to Defendants' Motion for Summary Judgment.

5. Counsel for Defendants has assented to this motion.

WHEREFORE, Plaintiff Jeanne Degan respectfully requests that the Court extend the time for filing her Opposition to Defendants' Summary Judgment to August 8, 2005.

                                                Jeanne Degan
                                                By her Attorneys,

/s/ Kevin G. Powers

Kevin G. Powers, BBO #405020
Linda Evans, BBO #635078
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010

ASSENTED TO:

GOLDWELL OF NEW ENGLAND, INC.
R.G. SHAKOUR , INC.

By their attorneys,

_____
Jonathan R. Sigel, BBO #559850
Renee E. Hackett, BBO #640841
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3434

Dated:  June 29, 2005

MotExtTOppSJ