UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE DEGAN,<br><br>      Plaintiff,<br><br>v.<br><br>GOLDWELL OF NEW ENGLAND,<br>INC. and R.G. SHAKOUR, INC.,<br><br>      Defendants. | CIVIL ACTION NO. 04CV11024 RWZ<br><br>Jonathan R. Sigel<br>BBO# 559850 |

## *ASSENTED TO* MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES

Pursuant to Rule 7.1(B)(4) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Goldwell of New England, Inc. and R.G. Shakour, Inc. (collectively herein "Defendants") move for leave to file a memorandum in excess of twenty (20) pages.

As grounds for their Motion, Defendants state as follows:

1. In conjunction with this request, Defendants are moving for summary judgment on *all three* counts of Plaintiff's Amended Complaint.

2. In order to address adequately all of Plaintiff's factual and legal contentions, it is necessary for Defendants' Memorandum in Support of Motion for Summary Judgment to exceed the prescribed 20-page length by approximately eight (8) pages.

3. The Court's allowance of this Motion will not prejudice the Plaintiff and, moreover, *Plaintiff's counsel has assented to the Motion.*

WHEREFORE, Defendant respectfully requests that its *Assented to* Motion for Leave to File a Memorandum in Excess of Twenty Pages be allowed.

GOLDWELL OF NEW ENGLAND, INC.
and R.G. SHAKOUR, INC.

By their attorneys,

_____
Jonathan R. Sigel, BBO# 559850
Renee E. Hackett, BBO# 640841
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: July 8, 2005