UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHCUSETTS

C.A. No. 04-11024-RWZ

|  |  |
|---|---|
| JEANNE DEGAN, <br>     Plaintiff <br><br> v. <br><br> GOLDWELL OF NEW <br> ENGLAND, INC., and <br> R.G. SHAKOUR, INC. <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### *ASSENTED TO* MOTION FOR LEAVE TO FILE
### MEMORANDUM EXCEEDING TWENTY PAGES

Pursuant to Rule 7.1(B)(4) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Jeanne Degan moves for leave to file a memorandum in excess of twenty (20) pages. As grounds for the motion, Degan states:

1. The Defendants filed an *Assented To* Motion for Leave to File Memorandum Exceeding Twenty Pages, in conjunction with the Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment, which exceeds the prescribed 20-page length, by eight (8) pages.

2. In order to adequately address all of the Defendants' factual and legal contentions, it is necessary for Plaintiff's Opposition to Defendants' Motion

for Summary Judgment, on all three counts, to exceed the prescribed 20-page length by approximately eight (8) pages.

3.      The Court's granting of this Motion will not prejudice the Defendants, who have filed a 28-page memorandum, and *Defendants' counsel has assented to this Motion.*

WHEREFORE, Plaintiff respectfully requests that the Court grant her *Assented To* Motion for Leave to File Memorandum in Excess of Twenty Pages.

Respectfully submitted,

Jeanne Degan
By her Attorneys,

*/s/ Linda Evans*
Kevin G. Powers, BBO #405020
Linda Evans, BBO #635078
Rodgers, Powers & Schwartz LLP
18 Tremont Street
Boston, MA 02108
(617) 742-7010

MotExtOppSJ

2