UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHCUSETTS

APPENDIX A

C.A. No. 04-11024-RWZ

|  |  |
|---|---|
| JEANNE DEGAN, <br>         Plaintiff <br><br> v. <br><br> GOLDWELL OF NEW ENGLAND, INC., <br>         Defendant | ) ) ) ) ) ) ) ) ) ) |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Exhibits (1-11) to Plaintiff Jeanne Degen's Rule 56.1 Statement of Facts in Dispute.

The original documents are maintained in the case file in the Clerk's Office.

                                                    Plaintiff
                                                  By her Attorneys,

                                                  /s/ Linda Evans
                                                  Kevin G. Powers, BBO #405020
                                                  Linda Evans, BBO 635078
                                                  Rodgers, Powers & Schwartz LLP
                                                  18 Tremont Street
                                                  Boston, MA 02108

Date: August 8, 2005                     (617) 742-7010