UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHCUSETTS

C.A. No. 04-11024-RWZ

|  |  |
|---|---|
| JEANNE DEGAN,<br>Plaintiff<br><br>v.<br><br>GOLDWELL OF NEW<br>ENGLAND, INC. and<br>R.G. SHAKOUR, INC.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION OF PLAINTIFF JEANNE DEGEN FOR LEAVE TO FILE A THREE-PAGE SURREPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7.1(B)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Jeanne Degen moves for leave to file a Three-Page Surreply Memorandum in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment. As grounds for her Motion, Plaintiff states as follows:

1.    *Defendants' counsel has assented* to Plaintiff filing a three-page surreply memorandum, with the understanding that the memorandum will be filed within 7 days of the Defendants' filing of their Reply to Plaintiff's Summary Judgment Opposition.

2.    This case involves multiple legal and evidentiary issues, which required both parties to file briefs in excess of 20 pages. The Defendants have addressed all three counts of Plaintiff's complaint in their Reply brief, and Plaintiff seeks the opportunity to briefly respond to the arguments set forth in the Defendants' Reply brief.

3.    The Court's allowance of this Motion will not prejudice the Defendants.

    WHEREFORE, Plaintiff respectfully requests that her *Assented to* Motion for Leave to File a Three-Page Surreply Memorandum be allowed.


                            Jeanne Degen
                            By her Attorneys,



                            Kevin G. Powers, BBO #405020
                            Linda Evans, BBO #635078
                            Rodgers, Powers & Schwartz LLP
                            18 Tremont Street
                            Boston, MA 02108
                            (617) 742-7010

MotLeaveSurreply