UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


JEANNE DEGAN
                    Plaintiff

        V.

                                        CIVIL ACTION:04CV11024-RWZ


GOLDWELL OF NEW ENGLAND, INC.
                Defendant



ORDER OF DISMISSAL

ZOBEL, D.J.                                    JULY 31, 2006


        The Court having been advised by counsel for the parties that the above action has been

settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to

the right, upon good cause shown within 30 days, to reopen the action if settlement is not

consummated.



                                        By the Court,



                                        s/ Lisa A. Urso
                                        Deputy Clerk


30day.ord