UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHCUSETTS

C.A. No. 04-11024-RWZ

| | |
|---|---|
| JEANNE DEGAN,<br>　　　　　Plaintiff<br><br>v.<br><br>GOLDWELL OF NEW<br>ENGLAND, INC.,<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties hereby stipulate to the dismissal of this action, with prejudice, and with each party to bear its own costs and attorney's fees .

|  | The Plaintiff<br>By her attorneys, |
|---|---|
| _[signature]_<br>JONATHAN R. SIGEL<br>BBO #559850<br>Bowditch & Dewey LLP<br>311 Main Bx 15156<br>Worcester, Massachusetts 01615<br>(508) 926-3434 | _[signature]_<br>KEVIN G. POWERS<br>BBO #405020<br>Rodgers, Powers & Schwartz LLP<br>18 Tremont Street<br>Boston, Massachusetts 02108<br>(617) 742-7010 |